IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIA LEWIS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION** |
| v. | ) | **NO. 08-cv-1144** |
| | ) | |
| **TRIBECA LENDING, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

**AND NOW**, this 16th day of October 2009, upon consideration of Third Party Plaintiffs' Request for Default Judgment [docket entry No. 23], Third Party Defendant's Motion to Strike and, In the Alternative, Petition to Open and Stay Judgment [docket entry No. 25], Third Party Plaintiffs' Responses thereto, after oral argument from the parties, and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that:

1. Third Party Defendant's Motion to Strike and, In the Alternative, Petition to Open and Stay Judgment [docket entry No. 25] shall be construed as a Request to Set Aside Entry of Default;

2. Third Party Defendant's Request to Set Aside Entry of Default is **GRANTED**;

3. Default entered against Third Party Defendant on June 10, 2009 and again on July 9, 2009 shall be **SET ASIDE**; and

4. Third Party Plaintiffs' Request for Default Judgment is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

**/s/ CYNTHIA M. RUFE**
**CYNTHIA M. RUFE, J.**